# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 3, 2013

### NO. 03-12-00715-CV

**Nancy C. Perez and Jose A. Perez, Appellants**

**v.**

**Texas Medical Board, Appellee**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

**IT APPEARING** to this Court that the appellants have failed to file a brief, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellants pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.